## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## ROCK ISLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No: 13-4071 |
| ) | |
| ONE HUNDRED SEVENTY-ONE ) | |
| THOUSAND SEVEN HUNDRED EIGHTY ) | |
| AND 00/100 DOLLARS ($171,780.00) IN ) | |
| UNITED STATES CURRENCY, ) | |
| ) | |
| Defendant. ) | |

### ENTRY OF DEFAULT AGAINST DEFENDANT AND
### ALL OTHER POTENTIAL CLAIMANTS

This matter has come on to be heard on the United States's Application for Entry of Default. The Court is fully advised and the Court finds that: (1) the defendant and all other potential claimants have been served or have waived service of summons pursuant to Rule 4, Federal Rules of Civil Procedure and Rule C(4) of the Supplemental Rules for Certain Admiralty and Maritime Claims, (2) that Notice of Action and Seizure has been published pursuant to order of this Court, and (3) no claims or answers are currently pending, and the time to file a claim or answer has expired.

Accordingly, Plaintiff's Motion for Entry of Default Against Defendant and Other Potential Claimants, ECF No. 15, is GRANTED. Default is entered against defendant and all other potential claimants. This cause of action shall be subject to dismissal for failure to prosecute unless within fourteen days of the Entry of Default the United States of America makes application to the District Court for the entry of a Default Judgment.

Entered this 25th day of March, 2015.

                                                /s Sara Darrow
                                         _____
                                               SARA DARROW
                                   UNITED STATES DISTRICT JUDGE