E-FILED
Wednesday, 23 March, 2016  10:38:47 AM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## ROCK ISLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No:   4:13-cv-04071-SLD |
| | ) | |
| | ) | |
| ONE HUNDRED SEVENTY-ONE | ) | |
| THOUSAND SEVEN HUNDRED EIGHTY | ) | |
| AND 00/100 DOLLARS ($171,780.00) IN | ) | |
| UNITED STATES CURRENCY, | ) | |
| | ) | |
| Defendant. | ) | |

### DEFAULT JUDGMENT

WHEREAS, the United States of America, Plaintiff, has moved this Court for the entry of a final judgment by default pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, against the defendant and all other potential claimants, and for the forfeiture of the defendant;

WHEREAS, the United States of America has shown that there is probable cause to believe the defendant constituted proceeds traceable to the exchange of controlled substances in violation of Title II of the Controlled Substances Act, 21 U.S.C. § 801, et seq.

WHEREAS, on August 13, 2014, this Court entered an order striking the Claim and Answer of Alexander Gonzalez.

WHEREAS, service of process requirements have been met, all potential

7

claimants, known and unknown, have received notice by publication of the pendency of this action, and no one has timely filed a claim and answer to defend the defendant;

WHEREAS, the potential claimants are not infants or incompetent persons and are not in the military within the purview of the Soldiers and Sailors Civil Relief Act of 1940, as amended;

WHEREAS, on March 25, 2015, the Court granted the government's Motion for Entry of Default against the defendant and all other potential claimants.

THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1.      That a judgment of default is hereby entered against the defendant and all other potential claimants.

2.      The defendant property is hereby forfeited to the United States of America and no other right, title or interest shall exist therein.

3.      This cause is dismissed with prejudice.

IT IS SO ORDERED this 23rd day of March, 2016.


                                        /s Judge Sara Darrow
                         _____

                                        UNITED STATES DISTRICT JUDGE